UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Osvaldo Delahoz

Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

15   -CR-485( )( )

Defendant __Osvaldo Delahoz_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_   Initial Appearance Before a Judicial Officer

_X_   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_   Bail/Detention Hearing

_X_   Conference Before a Judicial Officer

_/s/ Osvaldo Delahoz by Thomas Dunn his attorney_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Osvaldo Delahoz
Print Defendant's Name

_/s/ Thomas Dunn_
Defendant's Counsel's Signature

s/Thomas Dunn
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

9/9/2020
Date

_____
U.S. District Judge/U.S. Magistrate Judge