UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

OSVALDO DELAHOZ

Defendant.

No 15-cr-485 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

On September 9, 2020, Supervisee Osvaldo Delahoz was presented before Magistrate Judge Lehrburger on two specified violations of supervised release, after which he consented to detention. (Doc. No. 47.)

IT IS HEREBY ORDERED THAT the parties shall appear for a conference to discuss next steps in this matter on September 25, 2020 at 11:00 a.m.  The conference will occur remotely through the CourtCall videoconference platform.  In addition, due to the flexibility required to accommodate the planning of proceedings involving detained individuals, the Court will reserve (and the parties shall calendar) September 30, 2020 at 11:00 a.m. as an alternate date for the conference.  The Court will email the parties directly with instructions for accessing the CourtCall proceeding.  A separate order will follow containing instructions for members of the public to monitor the proceedings.

If possible, defense counsel shall discuss the attached Waiver of Right to be Present at Criminal Proceedings with the Supervisee prior to the conference.  If Delahoz consents, and is able to sign the form (either personally, or, in accordance with Standing Order M10-468, 20-mc-174 (CM) (S.D.N.Y. Mar. 27, 2020), by defense counsel), defense counsel shall provide the Court with the executed form at least 24 hours prior to the proceeding.  In the event that Delahoz consents, but counsel is unable to obtain or affix Delahoz's signature on the form, the Court will conduct an

inquiry at the outset of the proceeding to determine whether it is appropriate for the Court to add Delahoz's signature to the form.

SO ORDERED.

Dated: September 11, 2020
New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA

                -v-                                    WAIVER OF RIGHT TO BE PRESENT AT
                                                       CRIMINAL PROCEEDING
        OSVALDO DELAHOZ,
                        Defendant.                     15-CR-485 (RJS)
-----------------------------------------------------------------X
```

**Check Proceeding that Applies**

\_\_\_    Supervised Release Conference

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time the conditions of my release on supervision or my remand to custody are discussed. I have discussed these rights with my attorney and wish to give up these rights for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my attorney and I be permitted to participate by telephone, or if it is reasonably available by videoconferencing, in any conference with the court at which such conditions or my remand are discussed.

Date:          _____
               Signature of Defendant


               _____
               Print Name


I hereby affirm that I am aware of my obligation to discuss with my client the specifications of violation of supervised release, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held without my client being physically present in court.

Date:          _____
               Signature of Defense Counsel


               _____
               Print Name

4

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant. The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it. The interpreter's name is: _____.

Date:            _____
                    Signature of Defense Counsel


**Accepted:**     _____
                    Signature of Judge
                    Date: