UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

OSVALDO DELAHOZ

Defendant.

No 15-cr-485 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

As indicated in the Court's previous order (Doc. No. 50 at 1), the Court and the parties have reserved September 25, 2020 at 11:00 a.m. and September 30, 2020 at 11:00 a.m. for a remote status conference in connection with alleged violations of the terms of Defendant's supervised release. While the Metropolitan Correctional Center can accommodate the remote conference on September 30, 2020, given the difficulty of scheduling remote proceedings involving detained individuals, it cannot accommodate a proceeding at 11:00 a.m. Accordingly, the conference will take place at 9:00 a.m. on September 30, 2020. The Court will email the parties directly with instructions for accessing the CourtCall conference. Members of the public may monitor the proceedings through CourtCall's public access audio line by using the following credentials:

| | |
|---|---|
| Dial-in: | 855-268-7844 |
| Access code: | 32091812# |
| PIN: | 9921299# |

SO ORDERED.

Dated: September 23, 2020
New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation