**THOMAS F. X. DUNN**
**ATTORNEY AT LAW**
**225 Broadway**
**Suite 1515**
**New York, New York 10007**
**Tel: 212-941-9940**
**Fax: 212-693-0090**
Thomasdunnlaw@aol.com

**BY ECF**

March 10, 2021

Honorable Richard J. Sullivan
United States District Judge
United States District Court
40 Foley Square
New York, N.Y. 10007

Re: United States v. Osvaldo Delahoz,
    15 Cr. 485 (RJS)

Dear Judge Sullivan:

I represent Osvaldo Delahoz pursuant to the Criminal Justice Act. I spoke with Mr. Delahoz yesterday, March 9th and he advised that he seeks new counsel. Based upon my conversation with Mr. Delahoz I believe the attorney client relationship is beyond repair.

I believe that the assignment of new counsel is in the best interest of Mr. Delahoz.

Thank you for your consideration of this request.

Respectfully yours,
/s/
Thomas F.X. Dunn

Cc: Thomas McKay, Esq.
    Assistant U.S. Attorney

IT IS HEREBY ORDERED THAT the request to be relieved as counsel is GRANTED. The Court is in receipt of the Notice of Appearance for Delahoz's new retained counsel, Paul David Petrus, Jr.

Date:    March 19, 2021
         New York, NY          SO ORDERED: _____
                                            RICHARD J. SULLIVAN
                                            U.S.C.J., Sitting by Designation