UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

OSVALDO DELAHOZ

                Defendant.

No 15-cr-485 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    As previously ordered by the Court, a presentment on the most recent specification of a violation of the terms of Mr. Delahoz's supervised release will take place on March 29, 2021 at 9:00 a.m. (Doc. No. 59). The Court is in receipt of the attached letter and signed Waiver of Presence form indicating that Mr. Delahoz consents to proceeding remotely via videoconference. Accordingly, IT IS HEREBY ORDERED THAT the presentment shall take place on Monday, March 29, 2021 at 9:00 a.m. via the Courtcall videoconference system. Chambers will email the parties directly in due course with further instructions for accessing the proceeding. Members of the public may monitor the conference through Courtcall's public access audio line by using the following credentials:

        Dial-in: 855-268-7844
        Access Code: 67812309#
        PIN: 9921299#

SO ORDERED.

Dated:    March 25, 2021
              New York, New York

                                    RICHARD J. SULLIVAN
                                    UNITED STATES CIRCUIT JUDGE
                                    Sitting by Designation

 

Attorney at Law & Associates, P.C.

The Empire State Building
350 Fifth Ave., Suite 4020
New York, NY 10118
212.564.2440

March 25, 2021

United States Court of Appeals for the Second Circuit
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Chambers 2530
New York, NY 10007
Attn: The Honorable Richard J. Sullivan, U.S.D.J

**Re: Waiver of Right to be Physically Present at a Criminal Proceeding, Osvaldo Delahoz, Case No. 15 Cr. 485 (RJS)**

Dear Judge Sullivan:

Greetings. Pursuant to Assistant Arielle Miller's request, I write to consent on Mr. Delahoz's behalf to proceed remotely for the above-mentioned case scheduled on March 29, 2021, before your Honor. Mr. Delahoz has agreed to do so prior to having specifically discussed the Waiver of Right to be Present at a Criminal Proceeding, however I expect him to do so and ask the Court to make the appropriate arrangements.

Thank you for your consideration. Please advise.



# Paul D. Petrus Jr.
Attorney at Law & Associates, P.C.

Yours,

/s/ Paul D. Petrus Jr.

Paul D. Petrus Jr. Esq.

cc: AUSA Thomas McKay
United States Attorney's Office, SDNY
New York, NY 10007
Via Email: thomas.mckay@usdoj.gov

USPO David T. Mulcahy
500 Pearl Street
New York, NY 10007
Via Email: david_mulcahy@nysp.uscourts.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

                      -v-

OSVALDO DELAHOZ,
                             Defendant.
-------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

15-CR-485   (RJS)

**Check Proceeding that Applies**

____ Arraignment

I have been notified of the specifications of violation of the terms of supervised release that have been filed against me and have discussed the specifications with my attorney. I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York to confirm that I have received and reviewed the specifications; to have the specifications read aloud to me if I wish; and to enter a denial or admission of violation before the judge. By signing this document, I wish to advise the court that I willingly give up my right to appear in a courtroom in the Southern District of New York to be informed of these specifications and to enter a denial or admission.

Date:

*Osvaldo Delahoz by [signature] Esq.*
Signature of Defendant

*Osvaldo Delahoz by Paul D Petrus Jr, Esq.*
Print Name

____ Supervised Release Conference

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time the conditions of my release on supervision or my remand to custody are discussed. I have discussed these rights with my attorney and wish to give up these rights for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my attorney and I be permitted to participate by telephone, or if it is reasonably available by videoconferencing, in any conference with the court at which such conditions or my remand are discussed.

Date: _____
      Signature of Defendant

_____
Print Name

I hereby affirm that I am aware of my obligation to discuss with my client the specifications of violation of supervised release, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held without my client being physically present in court.

Date: _____
              Signature of Defense Counsel


              _____
              Print Name

**Addendum for a defendant who requires services of an interpreter:**

I used the services of an interpreter to discuss these issues with the defendant. The interpreter also translated this document, in its entirety, to the defendant before the defendant signed it. The interpreter's name is:

_____.


Date: _____
              Signature of Defense Counsel


**Accepted:** _____
              Signature of Judge
              Date: