UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

OSVALDO DELAHOZ

              Defendant.

No 15-cr-485 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT a presentment on the most recent specification of a violation of the terms of Mr. Delahoz's supervised release shall take place on Monday, April 12, 2021 at 11:00 a.m. via the Courtcall videoconference system. Chambers will email the parties directly in due course with further instructions for accessing the proceeding. Members of the public may monitor the conference through Courtcall's public access audio line by using the following credentials:

    Dial-in: 855-268-7844
    Access Code: 32091812#
    PIN: 9921299#

SO ORDERED.

Dated:    April 7, 2021
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation