UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| -v- | No 15-cr-485 (RJS) |
| OSVALDO DELAHOZ | <u>ORDER</u> |
| Defendant. | |

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

As the Court previously ordered, the next conference in this matter will take place on Wednesday, May 12, 2021 at 11:00 a.m. via the Courtcall videoconference system. Chambers will email the parties directly in due course with further instructions for accessing the proceeding. Members of the public may monitor the conference through Courtcall's public access audio line by using the following credentials:

      Dial-in: 855-268-7844
      Access Code: 32091812#
      PIN: 9921299#

SO ORDERED.

Dated:    May 5, 2021
             New York, New York

                                                    RICHARD J. SULLIVAN
                                                    UNITED STATES CIRCUIT JUDGE
                                                    Sitting by Designation