UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>OSVALDO DELAHOZ<br><br>      Defendant. | No 15-cr-485 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

  As the Court previously ordered (Doc. No. 68), the next conference in this matter will take place on Monday, May 17, 2021 at 11:00 a.m. via the Courtcall videoconference system. Chambers will email the parties directly in due course with further instructions for accessing the proceeding. Members of the public may monitor the conference through Courtcall's public access audio line by using the following credentials:

    Dial-in: 855-268-7844
    Access Code: 67812309#
    PIN: 9921299#

SO ORDERED.

Dated: May 12, 2021
    New York, New York

                  _____
                  RICHARD J. SULLIVAN
                  UNITED STATES CIRCUIT JUDGE
                  Sitting by Designation