UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>OSVALDO DELAHOZ<br><br>Supervisee. | No 15-cr-485 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT Supervisee's sentencing will take place on Thursday, July 1, 2021 at 3:30 p.m. in Courtroom 14C at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007. Members of the public may monitor the proceeding via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated: June 28, 2021
New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation