UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

OSVALDO DELAHOZ,

Defendant.

No. 15-cr-485 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT the parties shall appear before the Court on Tuesday, December 5, 2023, at 10:00 a.m. in Courtroom 21C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007 at which time the Court will present Mr. Delahoz on the alleged violations of supervised release set forth in Probation's report dated November 20, 2023.

SO ORDERED.

Dated:    November 27, 2023
             New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE
Sitting by Designation