UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> -v- <br><br> OSVALDO DELAHOZ, <br><br> Defendant. | No. 15-cr-485 (RJS) <br> ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT the VOSR Presentment in this matter, which was previously scheduled for 10:00 a.m. on Tuesday, December 5, 2023, will instead take place on Wednesday, December 6, 2023, at 2:30 p.m. in Courtroom 21C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated:    November 28, 2023
             New York, New York

                                                      RICHARD J. SULLIVAN
                                                      UNITED STATES CIRCUIT JUDGE
                                                      Sitting by Designation