UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>OSVALDO DELAHOZ,<br>       Supervisee. | 15-cr-485-01 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

  For the reasons stated on the record during the violation of supervised release ("VOSR") presentment on December 6, 2023, IT IS HEREBY ORDERED THAT Supervisee is remanded to the custody of the United States Marshals Service and the Bureau of Prisons pending resolution of the specifications set forth in the VOSR report dated November 20, 2023.

SO ORDERED.

Dated: December 6, 2023
    New York, New York

                _____
                RICHARD J. SULLIVAN
                UNITED STATES CIRCUIT JUDGE
                Sitting by Designation