UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

OSVALDO DELAHOZ,

                Defendant.

No. 15-cr-485 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED THAT the parties shall appear before the Court on Friday, May 3, 2024, at 2:00 p.m. in Courtroom 21C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at which time it is anticipated that Supervisee will admit to some or all of the violations specified in the Probation Office's report dated April 26, 2024.

SO ORDERED.

Dated:    April 29, 2024
              New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation