UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v- | No. 15-cr-485 (RJS) |
| OSVALDO DELAHOZ, | **ORDER** |
| Defendant. | |

**RICHARD J. SULLIVAN**, Circuit Judge:

IT IS HEREBY ORDERED THAT the United States Probation Office shall produce to the government all internal chronologies that the Probation Office maintains regarding its supervision of Osvaldo Delahoz since his most recent release from federal custody, *i.e.*, from approximately July 21, 2023, to the present. The Clerk of Court is respectfully directed to terminate the motion pending at Doc. No. 97.

SO ORDERED.

Dated:   June 18, 2024
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation