UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

OSVALDO DELAHOZ,

                  Supervisee.

No. 15-cr-485 (RJS)
<u>ORDER</u>

<u>RICHARD J. SULLIVAN</u>, Circuit Judge:

    Before the Court are (1) the government's June 27, 2024 motion to adjourn for two months the evidentiary hearing scheduled to resolve disputed facts pertaining to Supervisee's violations of the conditions of his supervised release, (2) the Supervisee's July 2, 2024 letter in opposition, and (3) the government's July 8, 2024 motion to adjourn the deadline for submission of the previously ordered pre-hearing letter in this matter.  IT IS HEREBY ORDERED THAT the government's motions are GRANTED.  The evidentiary hearing previously scheduled for July 18, 2024, is adjourned to Monday, September 9, 2024, at 10:00 a.m. in Courtroom 21C of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  The government shall submit a letter by Wednesday, August 28, 2024, setting forth the witnesses it intends to call and the exhibits it intends to introduce at the hearing; the Supervisee shall submit a letter by Thursday, September 5, 2024, indicating whether he intends to call any witnesses and/or introduce any exhibits.  The Clerk of Court is respectfully directed to terminate the motions pending at Doc. Nos. 101 and 104.

SO ORDERED.

Dated:      July 8, 2024
               New York, New York

                                                                                   _____
                                                              RICHARD J. SULLIVAN
                                                              UNITED STATES CIRCUIT JUDGE
                                                              Sitting by Designation