

# COHEN FORMAN BARONE, PC
## AN EXPERIENCED LAW FIRM

| DAVID J. COHEN | CORY FORMAN | CARLA A. BARONE | BENJAMIN L. SIMPSON |
|---|---|---|---|
| david@cfblaw.com | cory@cfblaw.com | carla@cfblaw.com | ben@cfblaw.com |

RAOUL FELDER
OF COUNSEL

LABE M. RICHMAN
OF COUNSEL

Honorable J. Richard J Sullivan
SDNY, United States Courthouse
500 Pearl Street
New York, NY 10007

August 26, 2024

**Re: United States v. Osvaldo Delahoz (15-cr-00485--RJS)**

Honorable J. Richard J. Sullivan:

  As counsel for the defendant, Osvaldo Delahoz, counsel respectfully submits this letter motion with the consent of the government to request an adjournment of the Violation of Supervised Release hearing presently scheduled for **September 9, 2024**.

  After numerous discussions with the government and upon receipt of the discovery with new facts and allegations alleged, counsel needs additional time to provide the discovery to Mr. Delahoz for his review.  Counsel also needs to review the discovery with his client to discuss the new facts and allegations.

  Both the defense and the government believe a 30-day adjournment is appropriate, at which point the parties will submit a joint letter to Your Honor informing the Court of our intention on how the parties wish to proceed, and whether Mr. Delahoz will admit the new allegation(s) or whether a hearing will ultimately be necessary.

```
Defendant's motion is granted.  IT IS HEREBY
ORDERED THAT the evidentiary hearing
scheduled for September 9, 2024 is adjourned;
the parties shall submit a joint letter
proposing next steps in this matter no later
than September 27, 2024.  The Clerk of Court
is respectfully directed to terminate the
motion pending at Doc. No. 108.
```

SO ORDERED:  _____
Dated: 8/26/2024    RICHARD J. SULLIVAN
                    U.S.C.J., Sitting by Designation

Respectfully,

//s//David Jason Cohen//s//
David Jason Cohen, Esq.
Cohen Forman Barone, PC.
david@cfblaw.com
950 Third Avenue
New York, NY 10022