UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

OSVALDO DELAHOZ,

               Defendant.

No. 15-cr-485 (RJS)
ORDER

---

RICHARD J. SULLIVAN, Circuit Judge:

The Court is in receipt of the attached emails regarding Mr. Delahoz's upcoming sentencing on December 16, 2024 for a violation of supervised release. The parties should be prepared to discuss these emails at the sentencing hearing.

SO ORDERED.

Dated:      December 12, 2024
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

**CA02db RJSChambers**

| | |
|---|---|
| **From:** | Tara Torres <​ ██████████████ > |
| **Sent:** | Wednesday, December 11, 2024 8:23 PM |
| **To:** | CA02db RJSChambers |
| **Subject:** | Re: Osvaldo Delahoz |

==**CAUTION - EXTERNAL:**==

Good evening your honor
I just read the paper work


"Osvaldo De la hoz has committed crimes, including most recently lying to federal officers. He has children in school, whose clothes, food, shelter, books, school supplies, therapy, social outings, and stuff have all been provided by the defendant. He has done remarkably better than his father in so many ways; yet, he has not fully broken through to live a lawful life."

This is all lies this man never takes care of his kids. I wish you can talk to his two biological daughters and his step daughter and ask them has he ever done anything for them?
I have video of him parading in new cars, flaunting his jewelry but if I ask him to pay for my daughter's college even help me buy clothes for both girls for school, he has no money. His biological daughters is 20 and 14 he chose the street life then his own family. The reason why I haven't taken him to child support because he's always threatening me!  He has funds for a new car new clothes and to buy marijuana. I have video of him rolling blunts, but when I ask him to help me pay for my daughter School, he has no money, but he has money to buy marijuana. It's sad to find out that I have to read that this man had $30,000 on him, but he can't help me raise his kids. Your honor he will never change. He needs to learn his lesson you keep on giving him chances and chances and all he does is mess up.
Also the way he was raised is all lies just like all the fake documents that was given to you on him having a business and a business bank account that was all under his father's name if you look at the dates and put two and two together, how can you open up a business account while you're locked up in jail.
Sorry to bother you, but just wanted you to hear my part i hate when he wants to use my kids to make him look good when it's all lies.
You have yourself a good evening a good holiday and a happy new year

On Thu, Jul 1, 2021 at 12:25 AM Tara Torres <​ ██████████████████ > wrote:
> Good evening  your honor
> My name is Tara Torres
> I just read what Janet Cruz sent you and it's all lies. He has a son that is 23 years old by another women name Priscilla. I have three daughters one is 21 which he raised that is not his and he has two biological daughter that are his 17 and 10 years old. He put me through hell, verbally, mentally and physically abuse. If you were to look up Janet Cruz  you will see many mugshots of her and the reason why is because she try to hurt me and my daughters. Crashing her car into osvaldo car which she also put under her name while my kids and I were inside. Osvaldo will never change. This wasn't the first time that he left without permission out of state. It's just so lucky that I guess whatever happened out there

he got caught. He left me in depth with a car that I regret and I learn my lesson to never ever put a car under my name for a man. I had to sell the car back to his friend where we purchased a car together I had to out of my savings give $20,000. God don't like ugly and as you see and what I heard in the street that he got caught with $20,000. When he got caught I had numerous men calling my phone threatening me and my family asking for their money and drugs back. I was very scared for my life that I had to change my number. Till this day Janet Cruz still stalks me on Facebook and Instagram. I guarantee you Delahoz come out he's going to end up back in jail because all he knows by getting money is from the street. He never paid taxes as you see never tried to get a job.  I've been with Osvaldo for 21 years on and off due to his incarceration so I don't know what Janet Cruz is talking about she's just a side chick from the street. His family will lie and lie just so he can come home his stepmother that has a cigar/restaurant will lie see you guys and say that he'll be working there but in all reality he will not be working there because he'll be in the streets doing the same thing why he always does robbing people for their drugs and taking their money. I feel safe if hes in jail once he's out then I have to get a order of protection on him just as I did for Janet when she tried to hurt my daughter. Not sure who Gomez is but that's all lies. If you do let him out then I have to protect my family and I will have to get a order protection against him. We haven't heard from him for a year and the reason why he knows better not to call me when he had all those guys threatening me asking for the $20,000 back and drugs when I had nothing to do with it. He walks around the street with big chains and braclets and doesnt take care of his own kids. I can go on and on. He doesn't deserve to be home when he continues to hurt other people. FYI his parole officer I think he should get fired because they were both in cahoots.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

## CA02db RJSChambers

**From:**       Justyne Torres <​ ​▮▮▮▮▮▮▮▮▮▮ ​>
**Sent:**       Wednesday, December 11, 2024 8:48 PM
**To:**          CA02db RJSChambers
**Subject:**   Letter from Stepdaughter: Case- Osvaldo Delahoz

<mark>CAUTION - EXTERNAL:</mark>

Good evening Judge Sullivan,

My name is Justyne Maduro-Torres, I am the daughter of Tara Torres and step-daughter of Osvaldo Delahoz.
Mr. Delahoz has been in my life since I was one-years-old. Although, my mother and him never got married legally they were together for over 20 years and engaged. I know common law is not recognized in New York City, however, their relationship would be considered this in other states.

I've known Mr. Delahoz to be my "dad" since a young age. I have two sisters and Mr. Delahoz is their father, Charlyse Delahoz (20) and Sariah Torres-Delahoz (14).

In the recent letter provided by Mr. Delahoz attorney, David J. Cohen, is nothing my false information about Mr. Delahoz.

My step father, Osvaldo Delahoz, has never provided for my two siblings. My mother would reach out to him asking for help with his daughters and he would always state "I don't have money". Yet, he would flaunt his new jewelry, new clothes, new shoes, cars, etc...
Mr. Delahoz and his "girlfriend" Janet Cruz have also spoken negative about my siblings, his children!

I speak on behalf of my siblings, we humbly request you do not let this man back into society. He has threatened our family numerous times. I've watched him since a young age physically abuse my mother in front of my sibling and I. He has even physically harmed me and I reported it to Wallington New Jersey. However due to fear and numerous threats I did not proceed with pressing charges out of fear.

He should not have the right to be in this society. He is a threat to the community and our people. Thank you.

Best regards,
Justyne Maduro-Torres
She/her

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>

1